**LeClairRyan**
One Riverfront Plaza
1037 Raymond Boulevard
Sixteenth Floor
Newark, NJ 07102
(973) 491-3600
Attorneys for Plaintiff, Ramada Worldwide Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMADA WORLDWIDE INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KEY HOTEL OF BREWTON, L.L.C., an Alabama Limited Liability Company; DIPAN PATEL, an individual; ANAND PATEL, an individual; and SARJU PATEL, an individual,<br><br>Defendants. | Civil Action No. 15-cv-7528(KM)(MAH)<br><br>**FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Ramada Worldwide Inc. ("RWI"), by its attorneys, LeClairRyan, seeking the entry of final judgment by default against defendants, Key Hotel of Brewton, L.L.C., Sarju Patel, Dipan Patel and Anand Patel (collectively "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on October 16, 2015, seeking damages as a result of the breach of a franchise agreement between RWI and Defendants, and service of a copy of the Complaint having been effectuated with respect to Defendants Key Hotel of Brewton, L.L.C., Dipan Patel and Anand Patel., by personally serving them in Mobile, Alabama, on November 3, 2015; and service of a copy of the Complaint having been effectuated with respect to Sarju Patel by personally serving him in Mobile, Alabama, on November 4, 2015; and Defendants having failed to Answer or

otherwise respond to the Complaint; and it appearing that default was duly noted by the Clerk of the Court against Defendants on December 15, 2015 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 22d day of July, 2016,

**ORDERED, ADJUDGED, AND DECREED** that RWI have judgment against Defendants, jointly and severally, in the total amount of $299,880.29 comprising the following:

a) $199,450.99 for Recurring Fees (principal plus prejudgment interest); and

b) $100,429.30 for liquidated damages (principal plus prejudgment interest).

_____
HON. KEVIN MCNULTY, U.S.D.J.

6